## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| | | Date of Arrest: April 22, 2025 |
| UNITED STATES OF AMERICA<br>Plaintiff, | ) ) ) | Magistrate's Case No. **25-01522MJ** |
| Vs. | ) ) ) ) | COMPLAINT FOR VIOLATION OF<br>Title 8, United States Code,<br>Section 1324(a)(1)(A)(ii) and |
| Osvin David HERRERA-Escalante,<br>YOB: 2003<br>Citizen of Guatemala | ) ) ) | (a)(1)(B)(ii)<br>Transportation of an Illegal Alien<br>Count One |
| | ) ) | |
| Defendant. | ) ) ) | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about April 22, 2025, within the District of Arizona, Defendant Osvin David HERRERA-Escalante, knowing and in reckless disregard of the fact that certain aliens, namely: Julian Alfredo CALDERON-Miranda, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move, and attempt to transport and move, said aliens within the United States, by means of transportation and otherwise, in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (a)(1)(B)(ii) (Felony).

//

//

//

//

//

The complainant states that this complaint is based on the attached
Statement of Facts incorporated herein by reference.

Authorized by: AUSA Travis L. Wheeler for AUSA Vanessa Kubota.


_Kerry S. Schroeder_
_____
Kerry S. Schroeder
Border Patrol Agent
United States Border Patrol



Sworn and subscribed to by telephone, April 24, 2025, at Yuma, Arizona.


_____
The Honorable James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Osvin David HERRERA-Escalante


**Statement of Facts**

I, Kerry S. Schroeder, being duly sworn, do state the
following:

**1. PLACE OF ARREST.**

The following events occurred in Maricopa County, Arizona,
within the District of Arizona, on Interstate 8 near mile
marker 105.


**2. UNDERLYING FACTS.**

On April 22, 2025, Border Patrol Agent Scott Tait was assigned
to highway interdiction duties along Interstate 8 (I-8).
Earlier that week, Agent Tait and the Wellton Smuggling
Abatement Team received information about two outstanding
subjects traveling through the desert north of the United
States/Mexico border in a direction that would take them to
I-8, arriving between mile markers 50 and 55. This area of
I-8 includes a rest stop commonly used by individuals who
cross the border illegally, as it provides an opportunity to
arrange a pick-up and blend in with other motorists.

At approximately 7:30 pm, Border Patrol Agent Cristian Hagan,
while parked alongside I-8 near the Sentinel exit (Exit 87),
observed a silver Nissan Armada (the Nissan) traveling
westbound on I-8. He observed that the Nissan had aftermarket
rims and tires, as well as tinted windows. Later, around 8:40
pm, Agent Hagan saw a vehicle closely resembling the Nissan
traveling eastbound on I-8. Based on their prior experience,
both Agent Tait and Hagan suspected the vehicle was executing
a "turnaround" and attempted to catch up to it.

A turnaround is a tactic commonly used by Transnational
Criminal Organizations where a vehicle traveling westbound on
I-8 exits the highway, then reenters via the eastbound
on-ramp. This maneuver is commonly used to pick-up
undocumented non-citizens who approach from the desert south
of the Interstate and are attempting to travel toward the

Phoenix area. While attempting to catch up, Agent Tait conducted a records check on the Nissan's Arizona license plate, CDJ8937. The check revealed the Nissan was registered to Alejandro Mendez. Additional system checks showed that Mendez had previously been apprehended by Border Patrol for alien smuggling. During this time, Agent Hagan observed the Nissan continue traveling eastbound on I-8, periodically slowing down and speeding up over a span of approximately ten miles, until it reached mile marker 102.

At approximately mile marker 100, Agent Tait activated his emergency lights and pulled onto I-8 to initiate a stop of the Nissan, conduct an immigration inspection, and determine whether the two outstanding subjects were inside the vehicle. After the Nissan yielded around mile marker 102, Agents Tait and Tristan Lara approached from both sides of the vehicle. Agent Lara observed two individuals in the backseat of the Nissan, sitting next to camouflage clothing. Camouflage clothing is commonly worn by undocumented migrants attempting to conceal themselves while traveling through the desert. Agent Tait then shined his flashlight through the passenger window and saw two adult males in the backseat, staring straight ahead with no one seated in the front passenger seat.

The driver, later identified as Osvin HERRERA-Escalante, was ordered to exit the Nissan by Agent Lara due to the potential flight risk, as the vehicle had never been placed in park. Agent Tait then ordered both rear passengers, later identified as Julian Alfredo CALDERON-Miranda and Victor Miguel FELIX-Ramirez, to exit the vehicle and began questioning them about their citizenship status. Both individuals stated they were from Mexico. Through further questioning, Agent Tait determined that neither passenger had legal documentation or permission to be in the United States. At approximately 8:56 pm, BPA Tait placed HERRERA-Escalante under arrest for alien smuggling and read his *Miranda* Rights in Spanish. All subjects were then transported to the Wellton Border Patrol Station for further investigation.

## 3. DEFENDANT'S STATEMENTS.

### A. DEFENDANT: Osvin David HERRERA-Escalante (Citizen of Guatemala).

On April 23, 2025, at approximately 1:05am, a recorded statement of Osvin David HERRERA-Escalante was taken at Wellton Border Patrol Station by Border Patrol Agents (BPA), Charles Cornett, Alan Rosas, and Jorge Garibay.

At approximately 1:06am, HERRERA-Escalante was advised of his Miranda Rights in the Spanish language via form I-214 by BPA Rosas and witnessed by BPA Cornett. HERRERA-Escalante stated he understood his rights but invoked his right to remain silent.

The interview was terminated at approximately 1:08am.

**4. MATERIAL WITNESS STATEMENT.**

    **A. MATWIT:** Julian Alfredo CALDERON-Miranda **(Citizen of Mexico).**

Julian Alfredo CALDERON-Miranda was born in Sinaloa, Mexico. He stated that he had made arrangement with a coordinator in Phoenix, Arizona, to facilitate CALDERON-Miranda's entry into the United States. When CALDERON-Miranda arrived at the International Boundary Fence, the driver who dropped him off provided CALDERON-Miranda with a phone number to the driver that would be picking him up on I-8. CALDERON-Miranda stated that he planned to pay the driver $1,500 upon reaching CALDERON-Miranda's final destination in Concord, California. CALDERON-Miranda admitted to illegally crossing the International Boundary Fence on April 17, 2025, by walking around it, and acknowledged that he knew this method of entry was unlawful.

CALDERON-Miranda further stated that during his journey through the desert, he was accompanied by Victor Miguel FELIX-Ramirez. As he neared the highway, the driver, HERRERA-Escalante, contacted him and gave instructions on how to identify the pick-up vehicle. Over the phone, the driver described the vehicle as a gray Nissan Armada. CALDERON-Miranda stated that they were stopped by U.S. Border Patrol approximately 40 minutes after being picked up by the driver of the Nissan. He was later shown a six-pack photo lineup and positively identified HERRERA-Escalante as the driver.

//

//

//

//

//

//

**5. AFFIRMATION.**

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant, from initial contact through the writing of this document: BPAs Cristian Hagan, Tristan Lara, Charles Cornett, Alan Rosas, Jorge Garibay, Jorge Perez-Chacon, Ryana Levesque, Anthony Purkett, and William Hughes.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, seizure, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA Scott Tait.

Based on the foregoing, there is probable cause to believe that Osvin David HERRERA-Escalante committed the offense as alleged in the attached complaint.

*Kerry S. Schroeder*

Kerry S. Schroeder
Border Patrol Agent
United States Border Patrol


Sworn and subscribed to by telephone, April 24, 2025, at Yuma, Arizona.

The Honorable James F. Metcalf
United States Magistrate Judge